United States District Court
Southern District of Texas
**ENTERED**
July 27, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 5:17-CV-93 |
| § | |
| MANUEL ALEJANDRO LARA; dba § | |
| AQUARIUM; dba THE AQUARIUM § | |
| AMUSEMENT CENTER, § | |
| § | |
| Defendants. § | |

## MEMORANDUM

Plaintiff has filed a notice of dismissal before the opposing parties served any responsive pleading. (Dkt. No. 5). Therefore, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action has been terminated. The Clerk of Court is hereby directed to **CLOSE** this case.

**SIGNED** July 27, 2017.

_____
Marina Garcia Marmolejo
United States District Judge